IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN J. ANSELL, | ) |
| | ) |
| Plaintiff, | )   2:05-cv-505 |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MEMORANDUM ORDER

The Court has received a letter addressed to chambers from the pro se Plaintiff in this matter. The letter is captioned "Change of Address Request," but attached to the letter is another document entitled "Plaintiff's Motion to Amend Complaint for Breech [sic] of Contract" and "Plaintiff's Motion for Enlargement of Time To File Complaint Amendment, due to Address Change Delivery Complications." There is no indication that Defendant was provided with a copy of these documents.

The Court will electronically scan the above-mentioned documents into the Court's CM/ECF system. This will automatically provide access for the United States. Plaintiff is instructed that, from now on, she is responsible for ensuring that all documents are properly filed with the clerk's office on the CM/ECF system. The Court will not accept any further letters mailed to chambers. However, the Court will make an exception for this circumstance and treat the instant documents as if they were a properly filed Motion for Extension of Time to File an Amended Complaint.

On March 8, 2007, the Court issued a Memorandum Opinion granting Defendant's Motion to Dismiss, but providing Plaintiff with an opportunity to file an amended complaint or a notice of intent to stand on the complaint as filed on or before March 23, 2007.[1] Plaintiff's letter "motion" clearly expresses her intention to file an amended complaint. However, she requests an extension of time for 30 days in which to do so. Plaintiff explains that although she has not physically moved, her mailing address changed and she did not timely receive a copy of the

---

[1] The text of the opinion provided a deadline for amendment of April 2, 2007.

Court's opinion. She has now filed a Notice of Change of Address (Document No. 18). Under the Rules of Civil Procedure, leave to amend a complaint is to be freely granted and the Court can perceive no undue prejudice to the United States.

Accordingly, the Court hereby **GRANTS** Plaintiff's Motion for Extension of Time to File an Amended Complaint. Plaintiff shall file the Amended Complaint on or before April 23, 2007. The United States' responsive pleading shall be due on or before May 8, 2007.

SO ORDERED this 29th day of March, 2007.

s/ Terrence F. McVerry<br>
United States District Court Judge

cc:   Susan J. Ansell
      161 Lake Forest Boulevard
      Scottdale, PA 15683
      (724) 887-5341

      Michael C. Colville, AUSA
      Email: michael.colville@usdoj.gov